UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff(s),<br><br> v.<br><br>VINCENT ANTHONY PIAZZA,<br><br>   Defendant(s).<br>_____ / | No. CR 01-0352 MHP<br><br>**ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |

  This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Geoffrey Hansen. The United States was represented by Assistant United States Attorney Cynthia Frey.

  The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

  The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1:   Violation of Standard Condition Number One which states that defendant shall not leave the judicial district or other specified geographical area without prior approval of US Probation Officer or Court, in that on February 17, 2009, defendant contacted US Probation Officer to inform her that he was out of assigned district without prior approval, and had failed to notify US Probation Officer when instructed.

Charge 2:   Violation of General Condition which states the defendant shall not commit another Federal, State, or local crime, in that on February 20, 2009, defendant robbed a bank teller at Citibank, located at 99 Post Street, San Francisco, CA., of $ 808.00, in violation of 18 USC § 2113(a).

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of twenty-four (24) months, to be served consecutively to the sentence imposed in CR 09-0220 MHP.

Dated:  July 29, 2009

MARILYN HALL PATEL
United States District Court

2